# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NANCY KAY ALANIS | § § § § | |
| | § | CIVIL ACTION NO. _____ |
| V. | § § | JURY DEMANDED |
| | § | |
| ALLSTATE INSURANCE COMPANY AND STEVEN YODER | § § § | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) |

### LIST OF ALL COUNSEL OF RECORD

John M. Causey
State Bar No. 04019100
W. Timothy Bowersox
State Bar No. 00787115
Hope & Causey, P.C.
P.O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 - Telephone
(936) 441-4674 – Facsimile
*Attorneys for Defendant*

Eric B. Storm
State Bar No. 24033244
The Storm Law Firm PLLC
11420 Bee Caves Rd, Suite A-100
Austin, Texas 78738
(512) 593-1881 – Telephone
(512) 276-6677 – Facsimile
*Attorney for Plaintiff*